IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,       )
          Plaintiff,            )
                                )
     v.                         )          Civil No. 00-169-LM
                                )
Michael Emmett,                 )
          Defendant,            )
                                )
     and                        )
                                )
Family Solutions, Inc.,         )
          Garnishee.            )


**FINAL ORDER OF CONTINUING GARNISHMENT**

On April 15, 2011, a Writ of Continuing Garnishment and
Clerk's Notice were issued in the above-captioned action by
this Court.  The Garnishee and the Defendant were served with
copies of the Application, Clerk's Notice and Writ of Continuing
Garnishment on April 25, 2011.  As stated in Plaintiff's motion,
Garnishee verbally stated to Plaintiff that at the time of
service of the Writ, it had in its possession, custody or
control, personal property, in the form of bi-weekly non-exempt
disposable earnings, belonging to and due defendant, Michael
Emmett.  Defendant agreed to waive his right to a hearing
pursuant to 28 U.S.C. § 3202(d).  Therefore, it is

ORDERED that Garnishee pay One Hundred Twenty-five and
00/100 Dollars ($125.00) of the Defendant's bi-weekly non-exempt
disposable earnings (earnings remaining after all deductions
required by law have been withheld) from the first full pay
period after April 25, 2011, and thereafter, to Plaintiff and
continue said payments until the debt to Plaintiff is paid in

full or until the Garnishee no longer has possession, custody or control of any property belonging to the Defendant or until further Order of this Court.  Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in his employment, place of residence, or telephone number.  Defendant shall provide such information to the United States Attorney's Office at the address listed above.

**SO ORDERED THIS** 11th **DAY OF** May , 2011.


/s/ Landya B. McCafferty
U.S. Magistrate Judge

cc: U.S. Attorney's Office
    Michael Emmett, pro se
    Family Solutions, Inc.